UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CATHERINE E. KUBITZ,

        Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and ROCHESTER INSTITUTE OF TECHNOLOGY,

        Defendants.

Civil Action No. 6:18-cv-06657-CJS

## CORPORATE DISCLOSURE STATEMENT

Defendant Rochester Institute of Technology, through the undersigned counsel of record, hereby states that Rochester Institute of Technology is a private university, it does not have a parent corporation, and that there is no publicly-held company that owns 10% or more of defendant's stock.

Dated: November 8, 2018

BOND, SCHOENECK & KING, PLLC

By: _____
John F. Boyd II
Louis Orbach
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Fax: (315) 218-8100
Email: jboyd@bsk.com
Email: lorbach@bsk.com

*Attorneys for Defendant,*
Rochester Institute of Technology

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of the United States District Court for the Western District of New York, using the CM/ECF system, which sent notification of such filing to the following:

**Lawrence I. Heller**
950 Wilder Building
One East Main Street
Rochester, NY 14614
585- 262-2304
585-454-3595 (fax)
lih950@aol.com

_____
John F. Boyd II